**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**WENDALL HALL,**

    **Plaintiff,**

vs.                                               **CASE NO. 4:04CV424-MMP/AK**

**OFFICER KNIPP,**

    **Defendant.**

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se,* has filed an amended complaint under 42 U.S. C. §1983, alleging that the Defendant was deliberately indifferent to his health needs by denying him clean clothes and a warm blanket for several months. (Doc. 13). After reviewing the amended complaint, it is the opinion of the undersigned that this case should be transferred, but it is necessary to recite the events preceding this recommendation because this case has gotten off track and unfortunately been delayed for a number of reasons.

On March 4, 2005, a report and recommendation that this case be transferred was erroneously docketed in this case, although it was styled <u>Ronny Crook v. Columbia Correctional Institution</u>, Case No. 1:04CV424-MMP/AK. (Doc. 12). A typographical error on the report caused it to be mis-docketed in the present case because the case

number on the report was typed in as 4:04CV424-MMP/AK. (Doc. 12). This report and recommendation was vacated and properly filed in the Crook case. (Doc. 15). At this point in the proceedings in the present case Plaintiff had been directed to file an amended complaint to name the proper defendants. (Doc. 6). The amended complaint was filed during the pendency of the report and recommendation and was not referred to the undersigned. (Doc. 13). Consequently, it was not reviewed until today when it was discovered that the Plaintiff, the Defendant, and the events of which he complains, all occurred at the Florida State Prison, which is located in the Middle District of Florida. Thus, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b) is in the United States District Court for the Middle District of Florida, Jacksonville Division.

The undersigned regrets that this matter has been delayed for several months because of a variety of errors and is being transferred somewhat late in the proceedings.

However, in light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the undersigned respectfully **RECOMMENDS** transfer of this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this **30**th day of November, 2005.

                                              **s/ A. KORNBLUM**
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 4:04cv433-mmp/ak