IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WENDALL JERMAINE HALL,

    Plaintiff,

v.                                 CASE NO. 4:04-cv-00424-MP-AK

S BRUNT,
JAMES V CROSBY,
KNIPP,
RATHMAN,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 26, the Report and Recommendations of the Magistrate Judge, recommending that this action be transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings. Objections to Report and Recommendation were due by 12/28/2005, but none were filed. The Court agrees with the Magistrate Judge that because all the events involved in this case took place at the Florida State Prison, located in the Middle District, transfer to that district is proper pursuant to 28 U.S.C. §§ 1404(a) and 1406(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk is directed to transfer of this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings, and to close the file.

**DONE AND ORDERED** this  _8th_  day of February, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge